AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

District: Central Southern 7th

| | | |
|---|---|---|
| Name: Truman Manning | Prisoner No. R55102 | Case No. 05CC6635 |

Place of Confinement: Pinckneyville Correctional Center

Name of Petitioner (include name under which convicted): Truman D. Manning

Name of Respondent (authorized person having custody of petitioner): v. Daniel L. Austin

The Attorney General of the State of: Illinois

FILED MAY 12 2008 CLERK OF THE U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Markham Court House 16550 S. Kedzie Markham, Ill

2. Date of judgment of conviction: July 19, 2006

3. Length of sentence: 6 years at 50% with 6 months good time 296 days Credit

4. Nature of offense involved (all counts): Arm Robbery (NO Firearms)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____

      _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

      _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

      _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐      No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐     No ☑

      (5) Result _____

      (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐     No ☑

      (5) Result _____

      (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐     No ☑
    (2) Second petition, etc.     Yes ☐     No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I cop out to 6 years at 50% with 6 months good time and 296 days credited. And I did not have money to Afford an appeal attorney.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    <u>Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: I did not receive all of my 6 months good time on time.

Supporting FACTS (state *briefly* without citing cases or law) They did not give me all of my 6 months good time on time when I was in the right grade (which was A grade) in the right time frame to receive it. If they had did this, even when I unlawfully lose good time I would still be release as of 5-23-08 instead of 8-23-08

B. Ground two: Officers Sweetin + Hill set me up so I could loose good time for something I did not do.

Supporting FACTS (state *briefly* without citing cases or law) Officer Hill place a Stinger in my box, while I was in Segregation, because I was not responsive towards his homosexuality and this was his payback, and because of this I lost good time. He abuse his authoritive as a homosexual officer towards a hetersexual Inmate. Officer Sweetin lied on me saying I sexually disrespected nurse tatum, but nurse tatum said I did not. Another homosexual officer

(5)

C.  Ground three: _I have done my legal part of my Sentence they are holding me unlawfully._

Supporting FACTS (state *briefly* without citing cases or law) _I have done my legal part of my Sentence, even with two months good time I should be release 5/23/08 instead of 8/23/08 my approx outdate was March 23, 2008._

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐      No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing _(Connie Jordan) 16550 S. Kedzie Markham, Ill (Markham Court house)_
    (b) At arraignment and plea _Same_

(6)

(c) At trial ___Same___

(d) At sentencing ___Same___

(e) On appeal ___N/A___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

___Pro se___
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___5-7-08___
(date)

___Duncan Manning___
Signature of Petitioner